IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| SHEILA BROWN, *et al.*, Plaintiffs, v. AMERICAN HOME PRODUCTS CORPORATION, Defendant. | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 

AND NOW, this ___ day of _____, 2003, upon consideration of Wyeth's Motion to Grant As Uncontested Its Motion to Enforce the Settlement Agreement and Pretrial Order No. 1415 Against Class Member Genevieve Hinkel, it is hereby ORDERED that said motion is GRANTED for the reasons set forth herein. Wyeth's Motion to Enforce the Settlement Agreement and Pretrial Order No. 1415 Against Class Member Genevieve Hinkel is GRANTED as unopposed.

BY THE COURT:

_____
Harvey Bartle, III

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS<br>(Phentermine/Fenfluramine/Dexfenfluramine)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| SHEILA BROWN, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS<br>CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO. 99-20593 |

### WYETH'S MOTION TO GRANT AS UNCONTESTED ITS MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND PTO 1415 AGAINST CLASS MEMBER GENEVIEVE HINKEL

On April 23, 2003, Wyeth filed its Motion to Enforce the Settlement Agreement and Pretrial Order No. 1415 Against Class Member Genevieve Hinkel. On July 24, 2003, Wyeth filed a Supplement to its Motion. Although Plaintiff's response to the Motion was due well over three months ago, she has not responded. Moreover, she is attempting to circumvent the exclusive jurisdiction of this Court to determine whether she properly exercised an Initial Opt-Out by effectively seeking such a decision in state court. As a result, pursuant to Local Rule 7.1 (c), Wyeth requests that this Court grant Wyeth's Motion as uncontested.

Respectfully submitted,

*Paul B. Kerrigan*

Peter L. Zimroth
ARNOLD & PORTER
399 Park Avenue
New York, NY 10022
(212) 715-1000

Robert D. Rosenbaum
Timothy J. Kelly
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 942-5000

Ace Blackburn
COONEY, MATTSON, LANCE, BLACKBURN
RICHARDS & O'CONNOR, P.A.
2312 Wilton Drive
Ft. Lauderdale, FL 33305
(954) 568-6669

Michael T. Scott
Paul B. Kerrigan
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8248

Attorneys for Defendant Wyeth

Dated: September 12, 2003

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS<br>(Phentermine/Fenfluramine/Dexfenfluramine)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| SHEILA BROWN, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMERICAN HOME PRODUCTS<br>CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO. 99-20593 |

## WYETH'S MEMORANDUM IN SUPPORT OF ITS MOTION TO GRANT AS UNCONTESTED ITS MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND PTO 1415 AGAINST GENEVIEVE HINKEL

On April 23, 2003, Wyeth filed its Motion to Enforce the Settlement Agreement and Pretrial Order No. 1415 Against Class Member Genevieve Hinkel. On July 24, 2003, Wyeth filed a Supplement to its Motion. Although Plaintiff's response to the Motion was due well over three months ago, she has not responded. Moreover, she is attempting to circumvent the exclusive jurisdiction of this Court to determine whether she properly exercised an Initial Opt-Out by effectively seeking such a decision in state court. As a result, pursuant to Local Rule 7.1 (c), Wyeth requests that this Court grant Wyeth's Motion as uncontested.

## FACTS

As set forth in Wyeth's Motion, in January 2003 Plaintiff voluntarily dismissed her Florida state court action against Wyeth and other defendants. A few months later, her new attorney filed a motion seeking to withdraw her voluntary dismissal. *See* Exhibit 15 to Wyeth's Motion. Her attorney claims that she is a valid Initial Opt-Out, and that her action should be reinstated because Wyeth's counsel misrepresented her Initial Opt-Out status to her previous attorney. But the only way in which Wyeth's counsel could have made a misrepresentation – and therefore, the only way that withdrawal of her dismissal would be appropriate – is if Plaintiff is in fact an Initial Opt-Out. According to the Claims Administrator's records, Plaintiff has not exercised an Initial Opt-Out.

Since Plaintiff is a *Brown* class member, her Initial Opt-Out status is a matter within the exclusive jurisdiction of this Court. *See* PTO 1415. Therefore, on April 23, 2003, Wyeth filed its Motion to Enforce the Settlement Agreement and Pretrial Order No. 1415 against the Plaintiff. On July 24, 2003, Wyeth filed a Supplement to its Motion. To this day, over four months after the filing of the Motion, Plaintiff has not responded.

On September 4, 2003, at a hearing on her motion to withdraw her voluntary dismissal in state court, Plaintiff's counsel argued that this Court has no authority to decide Plaintiff's Initial Opt-Out status because the Plaintiff has no case pending in the MDL. The hearing was adjourned without a ruling on the motion in order for the court to research a point of Florida state law.

2

## ARGUMENT

Local Rule 7.1 (c) provides that "[i]n the absence of timely response, [a] motion may be granted as uncontested." In this case, Plaintiff has not responded to Wyeth's Motion filed over four months ago. Moreover, it does not appear a response is forthcoming. Rather than respond to Wyeth's Motion in the proper forum, Plaintiff's attorney has chosen to attempt to circumvent the exclusive jurisdiction of this Court by effectively litigating her Initial Opt-Out in state court. Plaintiff's attorney represented to the state court that this Court does not have the authority to determine her Initial Opt-Out status. In light of all of the above, Wyeth requests that this Court grant Wyeth's motion as uncontested.

Respectfully submitted,

*[signature]*
Peter L. Zimroth
ARNOLD & PORTER
399 Park Avenue
New York, NY 10022
(212) 715-1000

Robert D. Rosenbaum
Timothy J. Kelly
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 942-5000

Ace Blackburn
COONEY, MATTSON, LANCE, BLACKBURN
RICHARDS & O'CONNOR, P.A.
2312 Wilton Drive
Ft. Lauderdale, FL 33305
(954) 568-6669

and

Michael T. Scott
Paul B. Kerrigan
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
(215) 851-8248

Attorneys for Defendant Wyeth

Dated: September 12, 2003

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Wyeth's Motion to Grant as Uncontested its Motion to Enforce the Settlement Agreement and PTO 1415 against Class Member Genevieve Hinkel was served this 12th day of September 2003 upon counsel of record in the *Genevieve Hinkel* action, who are listed below, in the manner indicated:

Bryan F. Aylstock, Esquire      **UPS OVERNIGHT**
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561
*(Attorney for Genevieve Hinkel)*

John Mauro, Esquire      **FIRST-CLASS MAIL**
Billing, Cochran, Heath, Lyles & Mauro
88 Southeast Third Avenue
Suite 301
Fort Lauderdale, FL 33316
*(Attorney for Eckerd Corporation of Florida, Inc.)*

Martin B. Woods, Esquire      **FIRST-CLASS MAIL**
Stearns, Weaver, Miller, Alhadeff & Sitterson, P.A.
Suite 1900
200 East Broward Boulevard
Fort Lauderdale, FL 33301
*(Attorney for Eon Labs Manufacturing, Inc. and Zenith Goldline Pharmaceuticals, Inc.)*

Steven E. Siff, Esquire      **FIRST-CLASS MAIL**
McDermott, Will & Emery
201 South Biscayne Boulevard
Suite 2200
Miami, FL 33131-4336
*(Attorney for Medeva Pharmaceuticals, Inc. and Fisons Corporation)*

Kelly Luther, Esquire      **FIRST-CLASS MAIL**
Clarke, Silvergate, Campbell, Williams & Montgomery
799 Brickell Plaza, Ninth Floor
Miami, FL 33131
*(Attorney for SmithKline Beecham Corporation)*

-2-

and by U.S. first-class mail, postage prepaid, on all other counsel required to be served by Pretrial Order No. 19.

*Paul B. Kerrigan*
Paul B. Kerrigan

Date: September 12, 2003