IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/      )
FENFLURAMINE/DEXFENFLURAMINE)        )      MDL NO. 1203
PRODUCTS LIABILITY LITIGATION        )
_____)
                                     )
THIS DOCUMENT RELATES TO:            )
                                     )
SHEILA BROWN, et al.                 )
                                     )
            v.                       )      CIVIL ACTION NO. 99-20593
                                     )
AMERICAN HOME PRODUCTS               )
CORPORATION                          )


**MEMORANDUM AND PRETRIAL ORDER NO.**


         AND NOW, on this 10th day of October, 2007, it is

hereby ORDERED that:

         (1) the Amended Stipulation Regarding Audits Performed

by Dr. Robert Barry Schlesinger is GRANTED in part and DENIED in

part;

         (2) the audit results for the 65 claims on the chart

attached hereto and labeled Exhibit A shall stand;

         (3) the claim of Verna Rex (DDR# 1356856) shall be re-

audited by the AHP Settlement Trust, the results of which may be

contested by her pursuant to the Rules for the Audit of Matrix

Compensation Claims, as approved in PTO No. 2807 (Mar. 26, 2003);

and

(4) the show cause proceeding pertaining to Verna Rex
is stayed pending the results of the re-audit and her contest, if
any, of such re-audit.


                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    C.J.

EXHIBIT A

|      | Diet Drug Recipient Number |
|------|----------------------------|
| 1.   | 8190073                    |
| 2.   | 8190070                    |
| 3.   | 1948355                    |
| 4.   | 8031444                    |
| 5.   | 1530666                    |
| 6.   | 1328913                    |
| 7.   | 3429743                    |
| 8.   | 8175453                    |
| 9.   | 2016525                    |
| 10.  | 8188478                    |
| 11.  | 8175293                    |
| 12.  | 8169254                    |
| 13.  | 8099453                    |
| 14.  | 3557311                    |
| 15.  | 8117545                    |
| 16.  | 8176518                    |
| 17.  | 8176531                    |
| 18.  | 8197613                    |
| 19.  | 8176172                    |
| 20.  | 8197621                    |
| 21.  | 8197450                    |
| 22.  | 8189458                    |
| 23.  | 8195667                    |
| 24.  | 8176251                    |
| 25.  | 8068447                    |
| 26.  | 8195893                    |
| 27.  | 2503852                    |

| 28. | 3025178 |
|-----|---------|
| 29. | 8099518 |
| 30. | 8176317 |
| 31. | 8170303 |
| 32. | 8172305 |
| 33. | 8187307 |
| 34. | 8175905 |
| 35. | 8000288 |
| 36. | 8053935 |
| 37. | 8026156 |
| 38. | 8082695 |
| 39. | 8191395 |
| 40. | 2522530 |
| 41. | 8076789 |
| 42. | 8027081 |
| 43. | 3041845 |
| 44. | 8026316 |
| 45. | 8026031 |
| 46. | 8195825 |
| 47. | 8126747 |
| 48. | 1707066 |
| 49. | 288845 |
| 50. | 8175971 |
| 51. | 871376 |
| 52. | 8189785 |
| 53. | 8175960 |
| 54. | 8001270 |
| 55. | 8000308 |

| 56. | 8001209 |
|-----|---------|
| 57. | 8068273 |
| 58. | 1899509 |
| 59. | 2794824 |
| 60. | 8012668 |
| 61. | 3553104 |
| 62. | 1563527 |
| 63. | 8010744 |
| 64. | 8196448 |
| 65. | 2545846 |