```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO:<br>SHEILA BROWN, et al.<br>        v.<br>AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |

**MEMORANDUM AND PRETRIAL ORDER NO. \_\_\_\_**

AND NOW, on this \_\_\_ day of November, 2007, it is hereby ORDERED that the motion of Verna Rex for a two week extension of time to respond to the joint motion to approve the amended stipulation regarding Matrix Audits performed by Auditing Cardiologist Robert Schlesinger is DENIED as MOOT. <u>See</u> Pretrial Order No. 7464.

BY THE COURT:

_____

C.J.