IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| SHEILA BROWN, et al.<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION | NO. 99-20593 |
| THIS DOCUMENT RELATES TO:<br><br>Claimant:   Ida Creamer<br>Claim No.:  183/00 8139839 | |

PRETRIAL ORDER NO. 8132

AND NOW, this 3rd day of April, 2009, upon consideration of the motion of the AHP Settlement Trust to dismiss Ida Creamer's appeal to this Court of the Report and Award of the Arbitrator, and upon consideration of the failure of Ida Creamer to file any brief in support of said appeal despite having been given the opportunity and a deadline to do so pursuant to Pretrial Order No. 5978, it is hereby ORDERED that the motion is GRANTED and the Court hereby dismisses Ida Creamer's appeal to this court of the Report and Award of the Arbitrator dated November 29, 2005 related to her Matrix Level Benefits Claim.

BY THE COURT:

/s/ Harvey Bartle
C.J.