IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| SHEILA BROWN, et al. | ) ) | CIVIL ACTION NO. 99-20593 |
| v. | ) ) | |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) | 2:16 MD 1203 |

PRETRIAL ORDER NO. 8214

AND NOW, on this 1st day of July, 2009, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that the final post-audit determination of the AHP
Settlement Trust is REVERSED and that the Estate of Helen L.
Noble and the decedent's spouse, Richard Noble, are entitled to
Matrix A, Level V benefits.  The Trust shall pay such benefits in
accordance with the terms of the Settlement Agreement and
Pretrial Order No. 2805 and shall reimburse claimant for any
Technical Advisor costs incurred in the show cause process.

BY THE COURT:

_____
                                                    C.J.