IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: ) ) SHEILA BROWN, et al. ) ) v. ) ) AMERICAN HOME PRODUCTS CORPORATION ) ) ) ) | NO. 99-20593 |

PRETRIAL ORDER NO. 8266

AND NOW, this 27th day of August, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the "motion for reconsideration/modification of PTO 7763 under F.R.C.P. 60(b)" is DENIED.

BY THE COURT:

_____ C.J.