IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |
| This document relates to: JANICE BINION, et al. v. WYETH-AYERST PHARMACEUTICALS, INC., et al.; | CIVIL ACTION NO. 02-20119 |

PRETRIAL ORDER NO. 8278

AND NOW, this 10th day of September, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth for summary judgment as to the claims of Anthony Earl Sykes is GRANTED; and

(2) judgment is entered in favor of defendant, Wyeth, and against the plaintiff, Anthony Earl Sykes.

BY THE COURT:

_____ C.J.