IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 1203 |
| SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) ) | CIVIL ACTION NO. 99-20593 |
| This document relates to: | ) ) | |
| BRENDA STALLINGS, et al. v. WYETH-AYERST PHARMACEUTICALS, INC., et al.; | ) ) ) ) | CIVIL ACTION NO. 02-20118 |
| MARY F. SANDERS, et al. v. WYETH-AYERST PHARMACEUTICALS, INC., et al.; | ) ) ) ) ) | CIVIL ACTION NO. 02-20121 |

## PRETRIAL ORDER NO. 8297

AND NOW, this 24th day of September 2009, upon consideration of Wyeth's Motion to Enforce the Nationwide Class Action Settlement Agreement Against Class Members Pamela Dean (Civ. A. No. 02-20121), Patricia Lavender (Civ. A. No. 02-20118) and Teretha Williams (Civ. A. No. 02-20118) and for the reasons set forth in the accompanying Memorandum in Support of Separate Pretrial Order, it is hereby ORDERED that the above-referenced motion is GRANTED and the claims of Pamela Dean (Civ. A. No. 02-20121), Patricia Lavender (Civ. A. No. 02-20118), and Teretha Williams (Civ. A. No. 02-20118) are DISMISSED.

BY THE COURT:

_Harvey Bartle_
C.J.