IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

PRETRIAL ORDER NO. 8442

AND NOW, this 29th day of March, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust ("Trust") is REVERSED and that claimants Nancy McDowell and her spouse, Doug Kondelik, are entitled to Matrix A, Level II benefits;

(2) the Trust shall pay Matrix Benefits consistent with this Order and in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805; and

(3) the Trust shall reimburse claimant Nancy McDowell for any Technical Advisor costs incurred in the show cause process.

BY THE COURT:

/s/ Harvey Bartle
C.J.