IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) )     MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) ) ) )     CIVIL ACTION NO. 99-20593 ) ) ) )     2:16 MD 1203 |

**PRETRIAL ORDER NO. 8445**

AND NOW, this 31st day of March, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix B, Level II claims submitted by claimant Cheryl Gierke and her spouse, Lyle L. Grindahl, are DENIED.

BY THE COURT:

_____
C.J.