IN THE UNITED SATETS DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| SHEILA BROWN, ET. AL.<br>Plaintiffs<br>v.<br>AMERICAN HOME PRODUCTS CORPORATION<br>Defendant | CIVIL ACTION No. 99-20593 |
| This document relates to:<br><br>Sandra Birge,<br>Plaintiff,<br>v.<br>Indevus Pharmaceuticals, Inc,, Et. Al.<br>Defendants | In Re Massachusetts State Court Diet Drug Litigation<br><br>Civil Action No. 09-4668 |

Pre-Trial ORDER EXTENDING TIME TO RESPOND AS TO SANDRA BIRGE No. 3468

The Parties have filed a Joint Motion to Extend Time to Respond to Wyeth's Motion Pursuant to PTO 2383 To Enforce PTO 1415 as to Class Member Sandra Birge, asserting a joint understanding that Wyeth's Motion may be capable of resolution without need of Court ruling. The Court finding the Motion is in the Interest of Justice; the Motion is HEREBY GRANTED. Plaintiff Sandra Birge's Response to Wyeth's Motion Pursuant to PTO 2383 To Enforce PTO 1415 as to Class Member Sandra Birge, if any, shall be due on May 28, 2010. .

SO ORDERED THIS 27th Day of April 2010.

Harvey Bartle, III, Chief United States District Judge