IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| SHEILA BROWN, et al. | ) ) ) CIVIL ACTION NO. 99-20593 |
| v. | ) ) |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) 2:16 MD 1203 ) |

# PRETRIAL ORDER NO. 8497

AND NOW, this **30th** day of June, 2010, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is AFFIRMED and that the Matrix A-1, Level II claim
submitted by claimant Marti Chizar is DENIED.

BY THE COURT:

Harvey Bartle
C.J.