IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | NO. 99-20593 |

**PRETRIAL ORDER NO.**

AND NOW, this 2nd day of July, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Joint Motion by Wyeth LLC and Class Counsel for Approval of the Tenth Amendment to the Nationwide Class Action Settlement Agreement is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.