IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTENNINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2:15MD1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al., v. AMERICAN HOME PRODUCTS CORPORATION. | CIVIL ACTION NO. 99-20593 |
| THIS DOCUMENT RELATES TO: CLAIMANT: Donna Pickering CLAIM DDR#: 3273729 | |

## NOTICE OF APPEAL

Notice is hereby given that Donna J. Pickering, claimant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Pretrial Order No. 8515 in the United States District Court for the Eastern District of Pennsylvania entered in this action on the 19th day of August, 2010.

Respectfully Submitted,

*/s/ Andrew Hutton*

Andrew Hutton
Attorney for Claimant
Hutton and Hutton Law Firm, LLC
8100 East 22nd Street North, Building 1200
P.O. Box 638
Wichita, Kansas 67201-0638
(316) 688-1166
(316) 686-1077 fax

## Certificate of Service

Now, on this 17th day of September, 2010, the original of the above Notice of Appeal was mailed postage prepaid and properly addressed to:

Clerk of the U.S. District Court
Eastern District of Pennsylvania
601 North Market Street
P.O. Box 2609
Philadelphia, PA 19106

and a true and correct copy of same to:

AHP Settlement Trust
Attn: Jules S. Henshell
555 N. Lane, # 6045
Conshohocken, PA 19428

Michael W. Fishbein
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3619

Andrew Hutton
Attorney for Claimant