IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 8610

AND NOW, this 25th day of February 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the petition of Krause & Hovland, Chartered ("Krause firm") for an order approving its attorneys' fees and expenses is GRANTED. The Trust shall pay the Krause firm $344,001.28 in attorneys' fees on the claim of the Estate of Charles E. Tynes, $3,480.16 in attorneys' fees on the derivative claim of Sarah M. Tynes, and $13,365.06 to reimburse the Krause firm for expenses incurred in pursuing these claims.

BY THE COURT:

_____ C.J.