IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 99-20593 2:12 MD 1203 |

**PRETRIAL ORDER NO. 8636**

AND NOW, this 20th day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that James B. Kozma's Motion to Have a Second Echocardiogram, Dated May 11, 2006, Reviewed by the Fund Administrator (Docket No. 2:12 MD 1203, Document No. 209034) is DENIED.

BY THE COURT:

Harvey Bartle
C.J.