IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/      )
FENFLURAMINE/DEXFENFLURAMINE)        )      MDL NO. 1203
PRODUCTS LIABILITY LITIGATION        )
                                     )
THIS DOCUMENT RELATES TO:            )
                                     )
SHEILA BROWN, et al.                 )
                                     )      CIVIL ACTION NO. 99-20593
        v.                           )
                                     )
AMERICAN HOME PRODUCTS               )      2:16 MD 1203
CORPORATION                          )

**PRETRIAL ORDER NO.**

        AND NOW, this 19th day of July, 2011, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that the final post-audit determination of the AHP Settlement

Trust is REVERSED and that claimant Sandra J. Pendergrass, and

her spouse, Ricky L. Pendergrass, are entitled to Matrix A,

Level II benefits.  The Trust shall pay such benefits in

accordance with the terms of the Settlement Agreement and

Pretrial Order No. 2805, and shall reimburse Ms. Pendergrass for

any Technical Advisor costs incurred in the show cause process.


                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                        J.