```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: ) ) | |
| SHEILA BROWN, et al. ) ) v. ) ) | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION ) ) | 2:16 MD 1203 |

**PRETRIAL ORDER NO. _____**

AND NOW, this 20th day of July, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is REVERSED and that claimants Christine A. Zaffran and her spouse, Kenneth B. Zaffran, are entitled to Matrix A, Level II Matrix Benefits.  The Trust shall pay such benefits in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805, and shall reimburse claimant for any Technical Advisor costs incurred in the show cause process.

                                          BY THE COURT:


                                          /s/ Harvey Bartle III
                                                              J.