IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

PRETRIAL ORDER NO. 8658

AND NOW, this 20th day of July, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that motion of claimant Cheryl Green "to appeal [her] Claim" and "contesting the Seventh Amendment Class Action Suit" is DENIED.

BY THE COURT:

_Harvey Bartle_ J.