IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| SHEILA BROWN, et al. | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) ) | 2:16 MD 1203 |

PRETRIAL ORDER NO. 8659

AND NOW, this 8th day of August, 2011, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is AFFIRMED and that the Matrix A-1, Level II claim
submitted by claimant Trudy J. Massey is DENIED.

BY THE COURT:

_____ J.