IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

PRETRIAL ORDER NO. 8743

AND NOW, on this 27th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Linda Smith to file a supplemental brief in reply to the answer of the AHP Settlement Trust (Docket No. 99-20593; Entry No. 4245) is GRANTED and the Clerk of Court is directed to docket her Reply; and

(2) the motion of Linda Smith for a protective order (Docket No. 99-20593; Entry No. 4236) is DENIED.

BY THE COURT:

_____ J.