IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 8753

AND NOW, on this 5th day of January 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth to enforce the Settlement Agreement pursuant to PTO No. 2393 against Carmen Cauthen and Ricky Leon Cauthen is GRANTED;

(2) Carmen Cauthen and Ricky Leon Cauthen are enjoined from prosecuting the action Carmen Cauthen and Ricky Leon Cauthen v. Wyeth, Inc., et al., June Term 2011, No. 00273, in the Court of Common Pleas of Philadelphia County, Pennsylvania; and

(3) within 14 days of the date of this Order, Carmen Cauthen and Ricky Leon Cauthen and their counsel are to take all

necessary and appropriate steps to effect the dismissal with prejudice of the foregoing action.

BY THE COURT:

_____ J.