IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

PRETRIAL ORDER NO. 8754

AND NOW, on this 5th day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Claimant Eva J. Burgess to file a supplemental brief in reply to the response of the AHP Settlement Trust (Docket No. 99-20593; Entry No. 4077) is GRANTED, and the Clerk of Court is directed to docket Claimant's Reply;

(2) the motion of Eva J. Burgess to process claims for Category Two benefits (Docket No. 99-20593; Entry No. 3895) is DENIED; and

(3) the motion of Eva J. Burgess to grant prior motion as uncontested, or in the alternative, motion for oral hearing on the prior motion (Docket No. 99-20593; Entry No. 4029) is DENIED.

BY THE COURT:

_Harvey Bartle_ J.