IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 8810

AND NOW, this 7th day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth to enforce the Settlement Agreement pursuant to PTO No. 2383 against Tracy Randow is GRANTED;

(2) Tracy Randow is enjoined from prosecuting the action Randow v. Pfizer, Inc., May Term 2011, No. 00012, in the Court of Common Pleas of Philadelphia County, Pennsylvania; and

(3) within fourteen (14) days of the date of this Order, Tracy Randow and her counsel are to take all necessary and

appropriate steps to effect the dismissal with prejudice of the foregoing action.

BY THE COURT:

/s/ Harvey Bartle, J.