IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| SHEILA BROWN, et al. | ) ) | CIVIL ACTION NO. 99-20593 |
| v. | ) ) | |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) | 2:16 MD 1203 |

PRETRIAL ORDER NO. 8885

AND NOW, this 6TH day of June, 2012, for the reasons set
forth in the accompanying Memorandum, it is hereby ORDERED that
the final post-audit determination of the AHP Settlement Trust is
AFFIRMED and that the Matrix A, Level II claims submitted by
claimant Anita L. Myers and her spouse, Joseph B. Myers, are
DENIED.

BY THE COURT:

Harvey Bartle

J.