IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

<u>PRETRIAL ORDER NO. 8921</u>

AND NOW, on this 7th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth to enforce the Settlement Agreement pursuant to PTO No. 2383 against Gregg Hale as Independent Executor of the Estate of Susan Kay Young, is GRANTED;

(2) Gregg Hale, as Independent Executor of the Estate of Susan Kay Young, is enjoined from prosecuting the action <u>Gregg Hale, as Independent Executor of the Estate of Susan Kay Young v. Wyeth Pharmaceuticals, Inc., et al.</u>, November Term 2011, No. 00812, in the Court of Common Pleas of Philadelphia County, Pennsylvania; and

(3) within 14 days of the date of this Order, Gregg Hale and his counsel are to take all necessary and appropriate

steps to effect the dismissal with prejudice of the foregoing action.

                BY THE COURT:

                _____ J.