IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION : | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: Claimant:   Jeryl Leaks Claim No.:  183/00 : | |

PRETRIAL ORDER NO. 8922

AND NOW, this 8th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the appeal of the Estate of claimant Jeryl Leaks from the August 8, 2011 Report and Award of the Arbitrator related to his claim for Matrix Benefits under the Nationwide Class Action Settlement Agreement is DENIED and the Report and Award of the Arbitrator is AFFIRMED.

BY THE COURT:

_____
                      J.