IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| JAMIE D. CHEEK | |
| v. | |
| WYETH, et al. | CIVIL ACTION NO. 11-20001 |
| VALARIE FARMER | |
| v. | |
| WYETH PHARMACEUTICALS INC., et al. | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 8933

AND NOW, this 30th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Wyeth, LLC to enjoin plaintiff Valarie Farmer under PTO Nos. 1415 and 2383 from prosecuting her action in Farmer v. Wyeth Pharmaceuticals, Inc., et al., July Term 2011, No. 01174, in the Court of Common Pleas of Philadelphia County, Pennsylvania is DENIED;

(2) the motion of defendant Wyeth, LLC to enjoin plaintiff Jamie D. Cheek under PTO Nos. 1415 and 2383 from prosecuting her action in Cheek v. Wyeth, et al., No. 11-54, in

the United States District Court for the District of South Carolina is DENIED; and

(3) the motion of defendant Wyeth, LLC to exclude the expert testimony on the issue of causation of primary pulmonary hypertension proffered by plaintiff Jamie D. Cheek in <u>Cheek v. Wyeth, et al.</u>, No. 11-54, in the United States District Court for the District of South Carolina is DENIED.

BY THE COURT:

_____ J.