IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | CIVIL ACTION NO. 99-20593 |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION | |

PRETRIAL ORDER NO. 8950

AND NOW, on this 24th day of October, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A-1 Level V claim submitted by claimant Elliot J. Palay is DENIED;

(2) the motion of Wyeth for leave to participate in the show cause proceeding and to limit the scope of that proceeding (Docket No. 2:99-cv-20593-HB; Entry No. 2774) is DENIED as moot; and

(3) the Appeal to District Court from the Trustees' and/or Claims Administrator's Determination of Benefits (Docket No. 2:15-md-01203-HB; Entry No. 386) is DISMISSED as moot.

BY THE COURT:

_/s/ Harvey Bartle_ J.