IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 <br><br> 2:16 MD 1203 |

PRETRIAL ORDER NO. 8964

AND NOW, this 14th day of November, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is REVERSED and that claimant Patricia A. Spivack and her spouse, John M. Spivack, are entitled to Matrix A, Level II benefits.  The Trust shall pay such benefits in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805 and shall reimburse Ms. Spivack for any Technical Advisor costs incurred in the show cause process.

BY THE COURT:

*/s/ Harvey Bartle*, J.