IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

PRETRIAL ORDER NO. 8983

AND NOW, this 11th day of December, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A-1, Level V claim submitted by the Estate of Ginger S. Grogg, a.k.a. Marguerite G. Grogg, is DENIED. The Estate of Ginger S. Grogg, a.k.a. Marguerite G. Grogg, is entitled only to Matrix B-1, Level V benefits.

BY THE COURT:

_____ J.
Harvey Bartle III