IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/)
FENFLURAMINE/DEXFENFLURAMINE) )      MDL NO. 1203
PRODUCTS LIABILITY LITIGATION )
_____)
                              )
THIS DOCUMENT RELATES TO:     )
                              )
SHEILA BROWN, et al.          )
                              )
         v.                   )
                              )
AMERICAN HOME PRODUCTS        )      CIVIL ACTION NO. 99-20593
CORPORATION                   )

PRETRIAL ORDER NO. 8984

AND NOW, this 12th day of December, 2012, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that:

(1)  the motion of Sherry J. Sifford to determine
registration for benefits under the terms of the Diet Drug
Settlement Agreement as it existed before the Seventh Amendment
and motion to process her claim for Category Two Benefits (Dkt.
No. 2:99-cv-20593, Doc. No. 3894; Dkt. No. 2:12-md-1203, Doc.
No. 209209) are DENIED;

(2)  the motion of Sherry J. Sifford to grant prior
motions as uncontested, or in the alternative, motion for oral
hearing on the prior motions (Dkt. No. 2:99-cv-20593, Doc. No.
4038) is DENIED; and

(3)  the motion of Sherry J. Sifford to file
supplemental brief in reply to the response of AHP Settlement

Trust (Dkt. No. 2:99-cv-20593, Doc. No. 4076; Dkt. No.

2:12-md-1203, Doc. No. 209305) is GRANTED and the Clerk is

directed to docket her reply.

BY THE COURT:

_Harvey Bartle III_  J.