UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 12-1180

In Re: DIET DRUGS
(PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
PRODUCT LIABILITY LITIGATION,

Carmen Cauthen and Ricky Leon Cauthen,
Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-99-cv-20593, 2-12-md-01203)
District Judge: Hon. Harvey Bartle, III

Argued
November 13, 2012

Before: SCIRICA, FISHER, and JORDAN, *Circuit Judges*.

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on November 13, 2012.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court signed and entered on January 5, 2012, be and

the same is hereby affirmed. Costs to be borne by Appellants. All of the above is in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron,
Clerk

Date: January 28, 2013

Certified as a true copy and issued in lieu of a formal mandate on 02/19/2013

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**