IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ : MDL DOCKET NO. 1203
FENFLURAMINE/DEXFENFLURAMINE) :
PRODUCTS LIABILITY LITIGATION :
_____ :
                                :
THIS DOCUMENT RELATES TO:       :
                                : CIVIL ACTION NO. 99-20593
RICHARD FOSTER and CAROLYN FOSTER :
                                :
         v.                     :
                                :
WYETH, et al.                   :
_____ :

## PRETRIAL ORDER NO. 9051

AND NOW, this 26th day of April, 2013, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that:

(1) the motion of Wyeth to enjoin pursuant to Pretrial
Order No. 2383 as to class member Richard Foster (Doc. #4683) is
GRANTED; and

(2) plaintiffs are enjoined from pursuing their
lawsuit, Foster v. Wyeth Pharmaceuticals, Inc., C.P. Phila., Dec.
Term, 2012, No. 3664.

BY THE COURT:

Harvey Bartle III, J.