IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/   )
FENFLURAMINE/DEXFENFLURAMINE)   )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION   )
_____ )
  )
THIS DOCUMENT RELATES TO:   )
  )
SHEILA BROWN, et al.   )
  )    CIVIL ACTION NO. 99-20593
      v.   )
  )
AMERICAN HOME PRODUCTS   )    2:16 MD 1203
CORPORATION   )

## PRETRIAL ORDER NO. 9065

AND NOW, this 10th day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level II claims submitted by claimant Janice I. Phillips and her spouse, Jamie W. Oaks, are DENIED.

BY THE COURT:

Harvey Bartle

                                   J.