IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| SHEILA BROWN, et al. v. | ) ) ) ) | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) ) | 2:16 MD 1203 |

### PRETRIAL ORDER NO. 9096

AND NOW, this 25th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level III claims submitted by claimant Pamela Matlock and her spouse, Wayne Matlock, are DENIED. Claimant Pamela Matlock and her spouse, Wayne Matlock, are entitled only to Matrix B, Level III benefits.

BY THE COURT:

_Harvey Bartle_ J.