IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN et al. | CIVIL ACTION NO. 99-20593 |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION | |
| CLAIMANT: ESTATE OF JESSIE M. JONES | |

## PRETRIAL ORDER NO. 9105

AND NOW, this 2nd day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the Estate of Jessie M. Jones to submit a claim for Matrix benefits without providing an echocardiogram (Doc. # 1192) is DENIED.

BY THE COURT:

_____ J.