IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

## PRETRIAL ORDER NO. 9132

AND NOW, this 16th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED in part and REVERSED in part. Claimant John V. Davis is entitled to Matrix B-1, Level V benefits. The Trust shall pay such benefits in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805;

(2) the motion of claimant John V. Davis for inclusion of the supplemental declaration of his expert in the show cause record (Dkt. No. 99-20593, Doc. No. 4729) is DENIED as moot; and

(3) the motion of claimant John V. Davis to file a supplemental brief in reply to his motion for inclusion of the

supplemental declaration of his expert in the show cause record (Dkt. No. 99-20593, Doc. No. 4770) is DENIED as moot.

BY THE COURT:

_____
Harvey Bartle J.