IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | |
| v. | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION | 2:16 MD 1203 |

PRETRIAL ORDER NO. 9165

AND NOW, this 20th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and the Matrix A-1, Level III claim submitted by claimant Beverly A. Ellis is DENIED. Claimant Beverly A. Ellis is entitled only to Matrix B-1, Level III benefits; and

(2) the objections of claimant Beverly A. Ellis to the Special Master's denial of claimant's request for inclusion of a supplemental declaration by her expert in the Show Cause Record (Dkt. No. 2:99-cv-20593, Doc. No. 4628) are OVERRULED.

BY THE COURT:

_____
Harvey Bartle J.