IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

PRETRIAL ORDER NO. 9168

AND NOW, this 26th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED IN PART, REVERSED IN PART. The claim of Robert J. Johnson for Matrix A-1 benefits and his claim for Level V Matrix Benefits are DENIED. Claimant Robert J. Johnson is entitled only to Matrix B-1, Level IV benefits. The Trust shall pay such benefits in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805, and shall reimburse Mr. Johnson for any Technical Advisor costs incurred in the show cause process.

BY THE COURT:

_Harvey Bartle_ J.