IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: Claimant: Lidya N. Goldstein Claim No.: 183/00 8009457 | 2:15 MD 1203 |

**PRETRIAL ORDER NO. 9295**

AND NOW, this 18th day of June, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the appeal of claimant Lidya N. Goldstein from the July 5, 2013 Report and Award of the Arbitrator related to her claim for Matrix Benefits under the Nationwide Class Action Settlement Agreement is DENIED and the Report and Award of the Arbitrator is AFFIRMED.

BY THE COURT:

_____
                                                                                       J.