IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/    )
FENFLURAMINE/DEXFENFLURAMINE)    )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION    )

THIS DOCUMENT RELATES TO:    )

SHEILA BROWN, et al.    )
   )    CIVIL ACTION NO. 99-20593
         v.    )
   )
AMERICAN HOME PRODUCTS    )    2:16 MD 1203
CORPORATION    )

**PRETRIAL ORDER NO.** 9318

AND NOW, on this 10th day of July, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED, and that the Matrix A, Level V claims submitted by the Estate of Michael L. Jones, and Mr. Jones's spouse, Jan E. Jones, are DENIED. The Estate of Michael L. Jones and Jan E. Jones are entitled only to Matrix B, Level V benefits.

BY THE COURT:

Harvey Bartle J.