IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

**PRETRIAL ORDER NO. 9339**

AND NOW, this 14th day of August, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix B-1, Level V claim submitted by claimant Carol J. Meyer is DENIED;

(2) the Objections to the Special Master's Order denying the inclusion in the Show Cause record of the rebuttal of Dr. Dlabal to the report of the Technical Advisor [Dkt. No.: 2:99-cv-20593; Doc. No.: 4908] are OVERRULED and the Motion for Inclusion of the Contribution Made by Dr. Dlabal to the Response to the Technical Advisor Report [Dkt. No.: 2:99-cv-20593; Doc. No.: 4908] is DENIED; and

(3) the Motion to File Supplemental Brief in Reply to AHP Settlement Trust's Response in Opposition to Claimant Carol

J. Meyer's Objections to Special Master's Order and Motion for Inclusion of the Contributions Made by Dr. Dlabal to the Response to the Technical Advisor Report [Dkt. No. 99-cv-20593; Doc. No. 4921] is GRANTED.

BY THE COURT:

_____ J.