IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | : : : : : : : : : | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: Claimant: Catherine M. Kukla Claim No.: 183/00 8048309 | : : : : | 2:15 MD 1203 |

## PRETRIAL ORDER NO. 9350

AND NOW, this 16th day of September, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the appeal of claimant Catherine M. Kukla from the April 25, 2013 Report and Award of the Arbitrator related to her claim for Matrix Benefits under the Nationwide Class Action Settlement Agreement is DENIED and the Report and Award of the Arbitrator is AFFIRMED.

BY THE COURT:

_____ J.