IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/   :     MDL NO. 1203
FENFLURAMINE/DEXFENFLURAMINE)  :
PRODUCTS LIABILITY LITIGATION    :
                                 :
THIS DOCUMENT RELATES TO:      :
                                 :
SHEILA BROWN, et al.         :
                                 :
        v.          :
                                 :
AMERICAN HOME PRODUCTS     :
CORPORATION                 :
                                :      NO. 99-20593

## PRETRIAL ORDER NO. 9465

AND NOW, this 6th day of May, 2016, upon consideration
of the Petition for an Award of Attorneys' Fees and Expense
Reimbursements Relating to Common Benefit Work Performed from
January 1, 2015 through December 31, 2015, and for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that:

       1.  As used herein, "Levin-Fishbein" means Levin,
Fishbein, Sedran & Berman.

       2.  The court hereby approves the reimbursement of
$12,874.18 in litigation expenses incurred by Levin-Fishbein,
including amounts previously approved by the court or advanced
pursuant to order of the court, to be paid, reimbursed and/or
allocated as follows:

   a.   Prior expense reimbursements in the amount
        of $2,474.28 shall be attributed to the MDL
        1203 Fee and Cost Account as having been
        properly and finally allocated to that
        Account for payment;

   b.   Within thirty days from the date of this
        Order, the AHP Settlement Trust ("Trust")
        shall transfer the amount of $2,474.28 to
        the Escrow Agent for the MDL 1203 Fee and
        Cost Account to reimburse that account for
        expense reimbursements previously paid from
        that Account that should ultimately be paid
        by the Settlement Fund under Sections
        III.B.2, III.C.3 and VIII.E.1 of the
        Settlement Agreement;

   c.   Within thirty days from the date of this
        Order, the Trust shall pay from the
        Settlement Fund the amount of $3,962.81 to
        Levin-Fishbein to reimburse Levin-Fishbein
        for previously unreimbursed litigation
        expenses; and

   d.   Within thirty days from the date of this
        order, the Escrow Agent for the MDL 1203 Fee
        and Cost Account shall pay from the MDL 1203
        Fee and Cost Account the amount of $3,962.81
        to Levin-Fishbein to reimburse
        Levin-Fishbein for previously unreimbursed
        litigation expenses.

        2.   In addition to the amounts previously awarded in
Pretrial Order Nos. 7763A, 8516, 8646, 8869, 9102, 9294, and
9398, the court hereby awards Levin-Fishbein an attorneys' fee
in the aggregate amount of $751,037.50 for work performed by
Levin-Fishbein during the period from January 1, 2015 to
December 31, 2015.  This fee award is to be paid by the Trust in
accordance with the terms of the Stipulation Between Wyeth and

Class Counsel with Regard to the Funding of Future Awards of
Class-Related Fees previously approved by this court.

3.   No earlier than twenty days after the date of this
Order and as soon thereafter as is commercially reasonable, the
Trust shall disburse the payments set forth in paragraph 2 of
this Order.   The Trust shall make such payments by check and
shall deliver such checks to the payees by overnight courier in
a manner that generates a written acknowledgment of receipt by
the payees.

4.   In addition to the amounts previously awarded in
Pretrial Order Nos. 7763A, 8516, 8646, 8869, 9102, 9294, and
9398, the court hereby awards Levin-Fishbein an attorneys' fee
in the aggregate amount of $751,037.50 to be paid from funds on
deposit in the MDL 1203 Fee and Cost Account to compensate
Levin-Fishbein for services of benefit to the plaintiffs in MDL
1203 and the coordinated state-court litigation performed by
Levin-Fishbein during the period from January 1, 2015 through
December 31, 2015.

5.   No earlier than twenty days from the date of this
Order and as soon thereafter as is reasonably practicable,
Heather C. Giordanella, Esquire, as Escrow Agent for the MDL
1203 Fee and Cost Account, shall disburse from said Account the
payment set forth in Paragraph 4 of this Order.   Ms. Giordanella
shall make such payment by check and shall deliver such check to

-3-

the payee by overnight courier in a manner that generates a
written acknowledgment of receipt by the payee.  In order to
make this payment, Ms. Giordanella may transfer funds from the
MDL 1203 Fee and Cost Account to a disbursement account at an
appropriate financial institution.

BY THE COURT:

_____ J.

-4-