```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: Claimant:   Norma M. Schlager Claim No.: 183/00 1947282 | 2:15 MD 1203 |

PRETRIAL ORDER NO. 9485

AND NOW, this 9th of March, 2017, it is hereby ORDERED that the September 19, 2016 Report and Award of Arbitrator is AFFIRMED.

BY THE COURT:

_Harvey Bartle_ J.