UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1625
_____

IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
PRODUCTS LIABILITY LITIGATION

NORMA SCHLAGER,
                              Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 2-99-cv-20593, 2-11-md-01203 and 2-15-md-01203)
District Judge: Honorable Harvey Bartle, III

Submitted under Third Circuit LAR 34.1 (a)
on January 12, 2018

Before: JORDAN and ROTH, Circuit Judges and MARIANI[*], District Judge

_____

JUDGMENT
_____

This case came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on January 12, 2018.

Upon consideration whereof,

---

[*] Honorable Robert D. Mariani, United States District Judge for the Middle District of Pennsylvania, sitting by designation.

**IT IS ORDERED AND ADJUDGED** by this Court that the orders of the District Court entered March 9, 2017, and January 27, 2016, be and the same are hereby affirmed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 8, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** March 4, 2019

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2