IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ )
FENFLURAMINE/DEXFENFLURAMINE) )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION )
_____ )
                                  )
THIS DOCUMENT RELATE TO:          )
                                  )
SHEILA BROWN, et al.              )
                                  )    CIVIL ACTION NO. 99-20593
          v.                      )
                                  )
AMERICAN HOME PRODUCTS            )    2:16 MD 1203
CORPORATION                       )

PRETRIAL ORDER NO. 9517

AND NOW, this 22nd day of November, 2019, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that the final post-audit determination of the AHP
Settlement Trust is AFFIRMED, and that the Matrix A-1, Level III
claim submitted by Julie J. Panoussi is DENIED.  Claimant Julie
J. Panoussi is entitled only to Matrix B-1, Level III benefits.

BY THE COURT:

_____ J.