THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 1203 |
| SHEILA BROWN, <u>et al.</u> v. AMERICAN HOME PRODUCTS CORPORATION | ) <br> ) <br> ) | CIVIL ACTION NO. 99-20593 |
| This document relates to:<br><br>DANIELLE NICHOL SZARELL | ) <br> ) <br> ) <br> ) <br> ) | |

**PRETRIAL ORDER NO.** <u>9529</u>

AND NOW, this 2nd day of December, 2020, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Danielle Nichol Szarell's combined "Motion for Summary Judgement" [sic] and "Plaintiff Motion for Filing Costs Waived," is DENIED IN PART, and DENIED AS MOOT IN PART. Danielle Nichol Szarell's Motion for Summary Judgement [sic] is DENIED.  Danielle Nichol Szarell's Plaintiff Motion for Filing Costs Waived is DENIED as moot.

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
Harvey Bartle, III, U.S.D.J.