```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS : <br> (PHENTERMINE/FENFLURAMINE/ : <br> DEXFENFLURAMINE) PRODUCTS : <br> LIABILITY LITIGATION : | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: : <br>  : <br> SHELIA BROWN, et al. : <br>  : <br>         v. : <br>  : <br> AMERICAN HOME PRODUCTS : <br> CORPORATION : | CIVIL ACTION <br><br> NO. 99-20593 |

PRETRIAL ORDER NO. 9576

AND NOW, this 4th day of March, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The joint petition of Michael D. Fishbein, Esq. for an award of counsel fees in the amount of $138,337.50 and of the law firm of Levin, Sedran & Berman, LLP for an award of counsel fees in the amount of $269,800, for a total of $408,137.50 (Doc. # 5424), is hereby GRANTED.

(2)  In accordance with Section II.P.4. of the Eleventh Amendment to the Class Action Settlement Agreement, such attorneys' fees shall be funded by Wyeth and paid by the Fund Administrator within thirty (30) days of this order.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                                                    J.