IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION : | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: : | |
| SHELIA BROWN, et al. : | CIVIL ACTION |
| v. : | |
| : | NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION : | |

PRETRIAL ORDER NO. 9579

AND NOW, this 18th day of March, 2024, it is hereby ORDERED that the appeal of Deanne Foley from the denial of her application for Incremental Matrix Compensation Benefits (Doc. # 5426) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.