```
           THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE DIET DRUGS | : | MDL NO. 1203 |
| (Phentermine/Fenfluramine/ | : | |
| Dexfenfluramine)PRODUCTS | : | |
| LIABILITY LITIGATION | : | |

| | | |
|---|---|---|
| SHEILA BROWN, et al., | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | 99-20593 |
| AMERICAN HOME PRODUCTS | : | |
| CORPORATION | : | |

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | C.D. Cal. |
| | : | |
| ALAN FRIEDMAN, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | 2:25-cv-03093-FMO-ADS |
| WYETH, et al. | : | |

PRETRIAL ORDER NO. 9596

AND NOW, this 15th day of May, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Alan Friedman is BARRED and ENJOINED from pursuing his lawsuit pending in the United States District Court for the Central District of California, captioned <u>Friedman v. Wyeth</u>, Civil Action No. 25-3093.

BY THE COURT:

/s/ Harvey Bartle III
                              J.